IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BLUE CREEK RANCH, LLC, an
Arkansas Limited Liability Company                                        PLAINTIFFS

v.                               No. 4:10-cv-1507-DPM

LAWYERS TITLE INSURANCE
CORPORATION                                                               DEFENDANTS

ORDER

For the reasons stated on the record at the 19 October 2011 status conference, Lawyers Title's motion for summary judgment, *Document No. 25*, is denied. The bench trial is reset for the week of 2 April 2012. An amended final scheduling order will issue in due course.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 October 2011