IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BLUE CREEK RANCH, LLC, an
Arkansas Limited Liability Company                          PLAINTIFF

v.                          No. 4:10-cv-1507-DPM

LAWYERS TITLE INSURANCE
CORPORATION                                                 DEFENDANT

ORDER

The parties' joint motion to dismiss, *Document No. 48*, is granted. Blue Creek Ranch's complaint is dismissed with prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2012