IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BLUE CREEK RANCH, LLC, an
Arkansas Limited Liability Company                                    PLAINTIFF

v.                              No. 4:10-cv-1507-DPM

LAWYERS TITLE INSURANCE
CORPORATION                                                           DEFENDANT

## JUDGMENT

Blue Creek Ranch's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2012